UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.,<br><br>Plaintiff,<br><br>v.<br><br>KANHAIYA, LLC dba HOLIDAY INN REDDING<br><br>Defendant. | 1:19-cv-01321-DAD-BAM<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff Peter Strojnik, Sr., proceeding pro se, has filed a civil action against Defendant Kanhaiya, LLC dba Holiday Inn Redding alleging violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, the California Unruh Civil Rights Act, California Civil Code § 51 *et seq.*, the California Disabled Persons Act, and negligence per se. (Doc. No. 1.) Defendant is alleged to be a lodging business located in Redding, California, which is part of Shasta County, California. (*Id.*) Therefore, the complaint in this action should have been filed in the Sacramento Division of the Eastern District of California. 28 U.S.C. § 1391(b)(2); Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the Court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District

1

1 | of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This Court has not issued any new case documents or summonses in connection with the action.

IT IS SO ORDERED.

Dated: **September 24, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE