UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR.,<br><br>Plaintiff,<br><br>v.<br><br>KANHAIYA, LLC dba HOLIDAY INN REDDING,<br><br>Defendant. | No. 2:19-cv-1941 TLN DB PS<br><br><br><br>ORDER |

Plaintiff Peter Strojnik is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On February 27, 2020, plaintiff filed a notice of voluntary dismissal of this action with prejudice. (ECF No. 11.) On March 2, 2020, defendant filed a notice of consent to the dismissal of this action with prejudice. (ECF No. 12.)

In light of the parties' filings, this case has been dismissed with prejudice pursuant to Rule 41 and is closed.

Dated: March 11, 2020

DLB:6
DB/orders/orders.pro se/strojnik1941.stip.dism.ord

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1